**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00062-CV**

**IN THE INTEREST OF K.N.D. AND P.M.D.**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 22DC-CV-01197**

**MEMORANDUM OPINION**

Shanika Deontinea Underwood filed a notice of appeal from a judgment in a suit affecting the parent-child relationship. On February 24, 2023, we sent Appellant a certified bill of costs for the filing fee for the appeal. On April 12, 2023, through a notice issued by the Clerk of the Court, we warned the parties that Appellant had not remitted the filing fee and that unless she paid the fee, the Court would dismiss the appeal without further notice on any date after April 27, 2023. Appellant neither paid the filing fee nor asserted that she was unable to afford payment of costs. *See* Tex. R. App. P. 5, 20.1. None of the parties responded to the Clerk's notices.

1

In the absence of a satisfactory explanation justifying the appellant's failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 31, 2023
Opinion Delivered June 1, 2023

Before Golemon, C.J., Johnson and Wright, JJ.